

# THE THIRTEENTH COURT OF APPEALS

---

13-24-00041-CV

---

JAIME LOPEZ AND SILVIA RODRIGUEZ LOPEZ
v.
STATE NATIONAL INSURANCE COMPANY AND
WELLINGTON RISK INSURANCE AGENCY, INC.

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Court Cause No. C-0431-21-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 25, 2025